# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: obekir | Date Created: 3/12/2020 |
| Case: 1−20−41470−cec | Form ID: 761 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr        Lori Lapin Jones      ljones@jonespllc.com
aty     Pat B Pitchayan      pat@pitchayanlaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Mohammad A Morshed     469 Crescent St     FL 1     Brooklyn, NY 11208
smg    Office of the United States Trustee     Eastern District of NY (Brooklyn Office)     U.S. Federal Office Building     201 Varick Street, Suite 1006     New York, NY 10014

TOTAL: 2