United States Bankruptcy Court
Eastern District of New York

In re:  Case No. 20-41470-cec
Mohammad A Morshed  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1  User: jlecky  Page 1 of 1  Date Rcvd: Apr 03, 2020
Form ID: pdf002  Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2020.
```
db              +Mohammad A Morshed,    469 Crescent St,    FL 1,    Brooklyn, NY 11208-2801
smg             +NYC Department of Finance,    345 Adams Street,    Office of Legal Affairs,
                  Brooklyn, NY 11201-3739
smg             +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                  Albany, NY 12240-0001
9811725         +Great American Insurance Company,    233 Broadway,    Suite 1800,    New York, NY 10279-1899
9811726         +HSBC,    PO Box 4657,    Carol Stream, IL 60197-4657
9811727         +Macy's,    PO Box 8058,    Mason, OH 45040-8058
9811728         +NEWREZ C/O PHH MORTGAGE SERVICE,    PO BOX 5452,    Mount Laurel, NJ 08054-5452
9811730         +Tofael Chowdhury,    469 CRESCENT ST,    Brooklyn, NY 11208-2801
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Apr 03 2020 19:56:39
                  NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,
                  Albany, NY 12205-0300
smg             +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Apr 03 2020 19:55:32
                  Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                  U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-4811
9811724          E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 03 2020 19:44:37      Chase,    PO Box 15123,
                  Wilmington, DE 19850
9811729         +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 19:46:43      TJ Max,    PO Box 530949,
                  Atlanta, GA 30353-0949
                                                                                              TOTAL: 4
```

     ***** BYPASSED RECIPIENTS *****
NONE.  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2020  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2020 at the address(es) listed below:
```
              Lori Lapin Jones    ljones@jonespllc.com,    lljones@ecf.epiqsystems.com;N265@ecfcbis.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
              Pat B Pitchayan    on behalf of Debtor Mohammad A Morshed pat@pitchayanlaw.com,
               rashmi@pitchayanlaw.com
                                                                                             TOTAL: 3
```

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

Case No. 20-41470-CEC

In re
MOHAMMAD, MORSHED A

Chapter 7

Debtor(s).
----------------------------------------------------------------x

## NOTICE OF RESET OF SECTION 341 MEETING OF CREDITORS

**YOU ARE HEREBY NOTIFIED** that the initial section 341 meeting of creditors for the above-captioned case, scheduled as an in-person meeting for **04/14/2020 at 10:30 AM** will now be reset as a telephonic meeting and conducted **by telephone conference on 04/14/2020 at 10:30 AM** (the "Designated Meeting Time").

All parties shall appear by phone at the section 341 meeting in accordance with the instructions below.

**Call-in Information**:

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

Meeting Dial-in No: **(866) 818-9644** and

when prompted enter the Participant Code: **5280969** followed by #.

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

**Instructions for Testifying Debtors and Counsel**

No later than one day prior to the Designated Meeting time, the debtor and/or their counsel are required to email the trustees with an imaged copy of the debtor's photo identification **and** proof of the debtor's social security number ("Identification Documents") A copy of the Debtor's identification and proof of social security number must be provided to the trustee via a secure method, i.e., portal, encrypted email, etc. Identification Documents shall be those documents deemed acceptable in accordance with current applicable procedures.

Telephonic appearances shall be conducted in accordance with current applicable procedures for telephonic meetings. Accordingly, a Declaration Regarding Administration of Oath and Confirmation of Identity and Social Security Number form shall be completed by the individual performing this function and transmitted to the trustee immediately following the meeting.

Alternatively, if compliance with the procedures set forth above are not possible or practical under these emergent circumstances, the debtor's attorney may submit prior to the time of the scheduled meeting a declaration confirming that: (1) the attorney met with the debtor in-person; and (2) the attorney examined and verified the debtor's original identification documents and social security number. In such situations, upon notification by the debtor and/or their counsel that they are using the alternate procedures, the trustee will administer the oath telephonically at the commencement of the 341 meeting.

Date:   April 1, 2020

Chapter 7 Trustee
/s/ Lori Lapin Jones, Trustee

Lori Lapin Jones, Trustee
98 Cutter Mill Road, Suite 201 North
Great Neck, NY 11021
Telephone: (516) 466-4110