# Notice Recipients

District/Off: 0207−1   User: admin   Date Created: 06/17/2020
Case: 1−20−41470−cec   Form ID: 318DF7   Total: 14

**Recipients of Notice of Electronic Filing:**
tr   Lori Lapin Jones   ljones@jonespllc.com
aty   Pat B Pitchayan   pat@pitchayanlaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Mohammad A Morshed   469 Crescent St   FL 1   Brooklyn, NY 11208
smg   NYS Department of Taxation & Finance   Bankruptcy Unit   PO Box 5300   Albany, NY 12205
smg   NYC Department of Finance   345 Adams Street   Office of Legal Affairs   Brooklyn, NY 11201−3719
smg   NYS Unemployment Insurance   Attn: Insolvency Unit   Bldg. #12, Room 256   Albany, NY 12240
smg   Office of the United States Trustee   Eastern District of NY (Brooklyn Office)   U.S. Federal Office Building   201 Varick Street, Suite 1006   New York, NY 10014
9811724   Chase   PO Box 15123   Wilmington, DE 19850
9811725   Great American Insurance Company   233 Broadway   Suite 1800   New York, NY 10007
9811726   HSBC   PO Box 4657   Carol Stream, IL 60197
9811727   Macy's   PO Box 8058   Mason, OH 45040
9811728   NEWREZ C/O PHH MORTGAGE SERVICE   PO BOX 5452   Mount Laurel, NJ 08054
9811729   TJ Max   PO Box 530949   Atlanta, GA 30353
9811730   Tofael Chowdhury   469 CRESCENT ST   Brooklyn, NY 11208

TOTAL: 12